[No. 38962-9-I.    Division One.    May 18, 1998.]

HOUSING RESOURCE GROUP, *Respondent*, v. KEVIN PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-13206-3, Marsha J. Pechman, J., entered June 27, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ. Now published at 92 Wn. App. 394.

[No. 39155-1-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL BRAMBLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01655-8, Paul D. Hansen, J., entered July 8, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 39364-2-I.    Division One.    May 18, 1998.]

CALVARY FELLOWSHIP, *Respondent*, v. BILL CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-14589-1, Michael J. Trickey, J., entered October 1, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 39510-6-I.    Division One.    May 18, 1998.]

THE CITY OF RENTON, *Respondent*, v. PUGET SOUND ENERGY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-19548-4, Sharon S. Armstrong, J., entered September 16, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.